The judgment is reversed, and the cause remanded.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

## DRAWHORN v. STATE.
### No. 13184.

Court of Criminal Appeals of Texas.
April 30, 1930.

L. E. King, of Hemphill, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

**CHRISTIAN, J.**

The offense is unlawfully carrying a pistol; the punishment, a fine of $100.

A deputy sheriff arrested appellant on July 4, 1929, in the Corner Café in Hemphill, Tex. He found an unloaded 32-caliber pistol in appellant's pocket. In another pocket he found the magazine of the pistol. It had no cartridges in it. There was no testimony that appellant had any cartridges in his pockets. A witness for appellant testified that he had loaned the pistol to appellant a month prior to the arrest, and that a few days before the arrest appellant told him he would deliver the pistol to him in the Corner Café on the 4th of July, 1929.

Appellant timely and properly submitted a written requested instruction to the court

---

## LOUT v. STATE.
### No. 13308.

Court of Criminal Appeals of Texas.
April 30, 1930.

D. E. O'Fiel and R. C. Roland, both of Beaumont, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for theft of an automobile; punishment being two years in the penitentiary.

The car in question was stolen on July 23d in Jefferson county, and appellant was found in possession of it in the city of Houston on August 6th.

The motion for new trial was overruled, and notice of appeal given on October 5th, and the court adjourned the same day. No order was made extending the time for filing bills of exception. The three bills of exception found in the record were not filed in the trial court until January 2d, nearly two months after the statutory time (30 days) for filing bills had expired. They cannot be considered.

The judgment is affirmed.